IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**JAY STEVEN HEIDE,**

    **Plaintiff,**

    v.                                    **CASE NO. 24-3040-JWL**

**KANSAS DEPARTMENT OF
CORRECTIONS, et al.,**

    **Defendants.**

## MEMORANDUM AND ORDER

Plaintiff filed this pro se civil rights case under 42 U.S.C. § 1983. On May 10, 2024, the Court entered a Memorandum and Order dismissing this case for failure to state a claim. (Doc. 31.) Plaintiff appealed, and on September 3, 2024, the Tenth Circuit Court of Appeals dismissed the appeal for lack of prosecution. (Doc. 38.) After this case was closed and his appeal was dismissed, Plaintiff filed a motion to appoint counsel (Doc. 39) and a motion to stop payments (Doc. 41). The Court entered orders denying both motions and advising Plaintiff that his case was closed and that he remained obligated to pay the remainder of his filing fee. (Docs. 40, 42.) Plaintiff has now filed another notice to the Court (Doc. 43).

Plaintiff's notice is not clear regarding the case or cases in which he wanted it filed. He only provides that last four digits of case numbers and stresses that he mainly wants it filed in "JWL-3071" against the KDOC, State of Kansas, Centurion, and Bartley. Plaintiff does not have a case ending in -3071 with this Court. Because Plaintiff also mentions "3040" and the defendants he mentions are defendants in the instant case, the Court has filed his notice in this case only.[1]

---

[1] Court records show that Plaintiff has filed four cases with the Court: *Heide v. Kansas Dep't of Corr.*, Case No. 24-3040-JWL (D. Kan.); *Heide v. Kansas Dep't of Corr.*, Case No. 22-3128-SAC (D. Kan.); *Heide v. Satterfield*, Case No. 21-3111-SAC (D. Kan.); and *Heide v. Sec. of Corr.*, Case No. 21-3044-SAC (D. Kan.).

Plaintiff's notice is hard to decipher, but he asks for an invoice for the balance due for his filing fees and asks the Court to garnish his account bi-monthly. (Doc. 43, at 2.) Records from the Cout's finance department are attached. They show that Plaintiff owes a remaining balance of $264.22 for the instant case. Plaintiff's other cases appear to be paid in full.

This Court does not garnish accounts or devise payment plans. Payments are calculated by statute and paid by the facility to the Court. On April 16, 2024, the Court entered an Order (Doc. 24) granting Plaintiff's motions for leave to proceed in forma pauperis. The Court assessed an initial partial filing fee and stated that "Plaintiff remains obligated to pay the remainder of the $350.00 filing fee . . . [t]he agency having custody of plaintiff shall forward payments from plaintiff's account in installments calculated under 28 U.S.C. § 1915(b)(2)." Section 1915(b)(2) provides that:

> After payment of the initial partial filing fee, the prisoner shall be required to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account. The agency having custody of the prisoner shall forward payments from the prisoner's account to the clerk of the court each time the amount in the account exceeds $10 until the filing fees are paid.

28 U.S.C. § 1915(b)(2). Therefore, payments are paid by the agency having custody of Plaintiff and are calculated by § 1915(b)(2). This Court does not set up payment plans or garnish accounts.

Plaintiff also mentions extensions of time, an appeal, and appointment of counsel. (Doc. 43, at 3.) It is not clear whether he is seeking relief or just indicating that he has previously sought this type of relief in the instant case. To the extent Plaintiff is currently seeking an extension of time or appointment of counsel, such a request is denied. This case has been closed for over a year and Plaintiff has already filed an appeal in this case. The appeal has been dismissed. Plaintiff does not have any open cases with this Court. Any further motions filed in Plaintiff's closed cases may be summarily denied.

**IT IS THEREFORE ORDERED BY THE COURT** that the Court will not be taking any action on Plaintiff's notice at Doc. 43.  This case remains closed.

**IT IS SO ORDERED**.

**Dated August 14, 2025, in Kansas City, Kansas.**

<u>S/  John W. Lungstrum</u>
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**
